# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DANYEL GOODFELLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-03092-CV-S-DPR |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties have jointly filed a Stipulation for Dismissal with Prejudice, (Doc. 19), indicating that all parties agree to dismissal of Plaintiff's claims against Defendant. Accordingly, pursuant to Fed. R. Civ. P. 41(a), this case is hereby **DISMISSED with prejudice**. Per the parties' agreement, Defendant will pay Plaintiff's taxable court costs.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: June 28, 2016